UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                       CASE NO. 3:13-cv-1210-J-39PDB

REAL PROPERTY, INCLUDING ALL
IMPROVEMENTS THEREON AND
APPURTENANCES THERETO,
LOCATED AT 246 MAIN STREET,
DANSVILLE, LIVINGSTON COUNTY,
NEW YORK;

REAL PROPERTY, INCLUDING ALL
IMPROVEMENTS THEREON AND
APPURTENANCES THERETO,
LOCATED AT 26 HEALTH STREET,
DANSVILLE, LIVINGSTON COUNTY,
NEW YORK;

and

REAL PROPERTY, INCLUDING ALL
IMPROVEMENTS THEREON AND
APPURTENANCES THERETO,
LOCATED AT SECTION 148 BLOCK 1
LOT 20.212, PARKER HILL ROAD,
SPARTA, LIVINGSTON, NEW YORK,

        Defendants.

**SECOND JOINT MOTION TO EXTEND TIME
FOR CLAIMANT SCOTT STERN
TO FILE ATTORNEYS' FEES PETITION**

Plaintiff United States of America, by and through the undersigned Assistant United States Attorney, and Claimant Scott Stern (Claimant), pursuant to Fed. R. Civ. P. 6(b), move the Court to extend the time by which Claimant Stern may file a petition for attorneys' fees under 28 U.S.C. § 2465 until October 30, 2015.

**Relevant Procedural History**

1. This is an in rem action for civil forfeiture under 18 U.S.C. § 981 filed by the United States on October 7, 2013.

2. On January 9, 2014, Claimant filed a Verified Claim and an Answer relative to the defendant property located at 26 Health Street, Dansville, NY, 14437. Docs. 13 and 13-1.

3. The United States and Claimant filed cross motions for summary judgment on February 13, 2015. Docs. 37 and 39.

4. On July 13, 2015, the Court entered an Order granting Claimant's Motion for Summary Judgment and denying the United States' Motion for Summary Judgment. Doc. 54.

5. Claimant contends that he is entitled to attorneys' fees in this action pursuant to 28 U.S.C. § 2465(b)(1), which provides that "in any civil proceeding to forfeit property under any provision of Federal law in which the Claimant

substantially prevails, the United States shall be liable for - - (A) reasonable attorney fees and other litigation costs reasonably incurred by Claimant."

6.    On July 22, 2015, the United States and Claimant filed a Joint Motion to Extend Time for Claimant Scott Stern to File Attorneys' Fees Petition, which stated the parties were engaged in discussions regarding Claimant's claim for attorneys' fees in an effort to resolve the claim without court intervention. Doc. 55.

7.    The Court granted the motion and allowed Claimant an extension until September 28, 2015.  Doc. 56.

8.    The United States and Claimant still are engaged in discussions regarding Claimant's claim for attorneys' fees and request the Court for an additional extension of time – until October 30, 2015 – within which Claimant may file his petition for attorneys' fees.  Claimant Stern has submitted some documentation to the United States, and both parties are working to resolve Claimant's claim for attorneys' fees without necessity for the Court's intervention.

9.    The United States has contacted counsel for Claimant and has been authorized to represent that he joins this motion.

WHEREFORE, the United States and Claimant Scott Stern move the Court to extend the time by which Claimant Scott Stern may file a petition for attorneys' fees under 28 U.S.C. § 2465 through and until October 30, 2015.

        Respectfully submitted,

        A. LEE BENTLEY, III
        United States Attorney

By:   */s/ Bonnie A. Glober*
        BONNIE A. GLOBER
        Assistant United States Attorney
        Florida Bar No. 0748307
        300 North Hogan Street, Suite 700
        Jacksonville, Florida 32202-4270
        Telephone: (904) 301-6300
        Facsimile: (904) 301-6334
        E-mail: bonnie.glober@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

**William Bard Brockman**
bard.brockman@bryancave.com

**Mary Beth Buchanan**
buchanan@bryancave.com,
kathleen.campanaro@bryancave.com

By: */s/ Bonnie A. Glober*
BONNIE A. GLOBER
Assistant United States Attorney