UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                         CASE NO. 3:13-cv-1210-J-39PDB

REAL PROPERTY, INCLUDING ALL
IMPROVEMENTS THEREON AND
APPURTENANCES THERETO,
LOCATED AT 246 MAIN STREET,
DANSVILLE, LIVINGSTON COUNTY,
NEW YORK, et al.,

        Defendants.

**JOINT RESPONSE TO THE COURT'S ORDER
OF JANUARY 27, 2016.  Doc. 62.**

Plaintiff, United States of America, by and through the undersigned Assistant United States Attorney, and Claimant Scott Stern (Claimant) jointly respond to the Court's Order of January 27, 2016 wherein the Court stated it was taking the Second Joint Motion for Stay of Proceedings Pending Settlement Discussions, Doc. 61, under advisement and requested the parties to describe to the Court any matters remaining for adjudication.

**Brief Summary of Relevant Procedural History**

1.    This civil forfeiture action was filed by the United States on October 7, 2013.  Doc. 1.

2. On January 9, 2014, Claimant filed a Verified Claim and an Answer relative to the defendant property located at 26 Health Street, Dansville, NY, 14437. Docs. 13 and 13-1.

3. The United States and Claimant filed cross motions for summary judgment on February 13, 2015. Docs. 37 and 39.

4. On July 13, 2015, the Court entered an Order granting Claimant's Motion for Summary Judgment and denying the United States' Motion for Summary Judgment. Doc. 54.

5. On July 22, 2015, the United States and Claimant filed a Joint Motion to Extend Time for Claimant Scott Stern to File Attorneys' Fees Petition, which stated the parties were engaged in discussions regarding Claimant's claim for attorneys' fees in an effort to resolve the claim without court intervention. Doc. 55.

6. The Court granted the motion and allowed Claimant an extension until September 28, 2015. Doc. 56.

7. The Court granted a second joint motion, Doc. 57, for extension of time to consider the attorney's fees, allowing the parties until October 30, 2015 to file a pleading with the Court. Doc. 58.

8. On October 26, 2015, the parties filed a joint motion for stay of proceedings pending settlement discussions, stating that the parties had reached an agreement regarding Claimant's claim for attorney's fees and that the parties were engaging in broader discussions concerning the Health Street property.

Doc. 59. The Court granted this motion and required the parties to file a joint notice regarding the status of their settlement on or before January 5, 2016.

9. On January 5, 2016, the United States and Claimant filed a Second Joint Motion for Stay of Proceedings Pending Settlement Discussions.

10. The requests for stay of proceedings arose from a suggestion by the Claimant that, perhaps, the parties could enter into a broader settlement agreement which might include, in addition to a settlement of the Claimant's attorney's fees, a consent forfeiture of the property by the United States with the Claimant receiving an agreed upon percentage of the sale of the property with the remainder of the sales proceeds remitted to the other victims of the fraudulent scheme of Daniel Williams. The discussions between the parties included obtaining an updated appraisal, which took some time. Ultimately, though, the United States informed the Claimant on January 27, 2016, that it was not feasible for the United States to forfeit the property due to its current condition, which would include the necessity for remediation for weather damage and other renovations, since the United States did not have the ability to advance funds for the property rehabilitation/renovation. As previously reported to the Court, the United States and the Claimant have reached an agreement as to the Claimant's attorney's fees and that request has been submitted for processing to the U.S. Department of Justice. Therefore, there currently are no issues remaining for adjudication by the Court. The parties do not request a continued

stay of the proceedings and, hereby, withdraw their Second Joint Motion for Stay of Proceedings Pending Settlement Discussions.  Doc. 61.

    11.    The United States and counsel for Claimant have conferred and both join in this response.

                      Respectfully submitted,

                      A. LEE BENTLEY, III
                      United States Attorney

By:    *s/ Bonnie A. Glober*_____
        BONNIE A. GLOBER
        Assistant United States Attorney
        Florida Bar No. 0748307
        300 North Hogan Street, Suite 700
        Jacksonville, Florida 32202-4270
        Telephone:  (904) 301-6300
        Facsimile:   (904) 301-6310
        E-mail: bonnie.glober@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

**William Bard Brockman**
bard.brockman@bryancave.com

**Mary Beth Buchanan**
buchanan@bryancave.com,
kathleen.campanaro@bryancave.com

By:     *s/ Bonnie A. Glober*
BONNIE A. GLOBER
Assistant United States Attorney