**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                Case No. 3:13-cv-1210-J-39PDB

REAL PROPERTY, INCLUDING ALL
IMPROVEMENTS THEREON AND
APPURTENANCES THERETO,
LOCATED AT 246 MAIN STREET,
DANSVILLE, LIVINGSTON COUNTY,
NEW YORK, *et al.*,

    Defendants.

_____/

## ORDER

**THIS CAUSE** is before the Court on Plaintiff United States of America and Claimant Scott Stern's Joint Response to the Court's Order of January 27, 2016 (Doc. 63; Response), filed February 9, 2016. In the Response, the parties represent that "there currently are no issues remaining for adjudication by the Court" and that "[t]he parties . . . withdraw their Second Joint Motion for Stay of Proceedings Pending Settlement Discussions." Response at 3-4. Accordingly, it is hereby

**ORDERED:**

The Clerk of the Court is **DIRECTED** to terminate any pending motions as moot. This case is to remain closed.

**DONE** and **ORDERED** in Jacksonville, Florida this 12th day of February, 2016.

_____
BRIAN J. DAVIS
United States District Judge

ew
Copies furnished to:
Counsel of Record